

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTIONS

Appellate case name:        Tyrus Nathaniel Green v. The State of Texas

Appellate case number:     01-18-01123-CR

Trial court case number:   1522737

Trial court:                182nd District Court of Harris County

Appellant's court-appointed counsel, Aimee Bolletino, filed a motion to withdraw and appellate brief in the above-styled case on July 2, 2019, concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On July 15, 2019, appellant, Tyrus Nathaniel Green, incarcerated and acting pro se, filed a pro se motion for access to a copy of the appellate records to prepare his response and a motion requesting a 60-day extension of time from the granting of this motion to file his pro se *Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Accordingly, the Court **grants** appellant's motion requesting access to the records and **orders** the district clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records to the pro se appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Finally, the Court **grants** appellant's motion for an extension of time to file pro se *Anders* response. Appellant's pro se response to his counsel's *Anders* brief shall be filed within **60 days** of the date of this order.

It is so ORDERED.

Judge's signature: ___/s/ Laura C. Higley_____
                  ☑ Acting individually    ☐ Acting for the Court
Date: __July 18, 2019___